STATE EX REL. FAGAN, AS PRESIDENT ET AL. *v.* SUPERIOR COURT OF MARION COUNTY, BRENNAN, JUDGE, ETC.

[No. 29,637. Filed April 11, 1958.]

*Andrew Jacobs,* of Indianapolis, for relators.

*Stark, Miles, Pace, Agnew & Cummings,* of Indianapolis, for respondent.

ARTERBURN, J.—This is an original action in which the relators ask for a writ of mandamus and prohibition to compel the trial court to enter an order of Supersedeas and to prohibit it from exercising any further jurisdiction in a cause pending on appeal in this court from the respondent court. The temporary writ was issued on February 11, 1958. Since that date a determination and final disposition of the appeal has been made. No. 29,633, *Fagan et al.* v. *Clark et al.* (March 11, 1958), 238 Ind. 22, 148 N. E. 2d 407.

The issues herein are now moot. The temporary writ is dissolved and the cause is dismissed.

Emmert, C. J., Bobbitt, Landis and Achor, JJ., concur.

NOTE.—Reported in 149 N. E. 2d 299.